UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER BLACK,

    Plaintiff,

v.

CITY OF DETROIT, ADAM SZKLARSKI,
JACOB HEBNER, CHRISTOPHER MOREAU,
AMBER TAYLOR, PAMELA DAVIS-DRAKE
and OTHER UNNAMED OFFICERS,
in their individual and official capacities,

    Defendant.
_____/

Case No. 18-10965
Hon. Matthew F. Leitman

## ORDER DENYING, WITHOUT PREJUDICE, DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 37)

On April 20, 2020, Defendants filed a Motion for Partial Summary Judgment. (*See* ECF No. 37.) On November 6, 2020, the Court held a hearing on this motion. For the reasons stated on the record, Defendants' Motion for Partial Summary Judgment is **DENIED** without prejudice.

    **IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: November 6, 2020.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 6, 2020, by electronic means and/or ordinary mail.

                                                  s/A. Chubb for Holly A. Monda  
                                                Case Manager  
                                                (810) 341-9764