UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER BLACK.,

    Plaintiff,　　　　　　　　　　　　Case No. 18-cv-10965
　　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

CITY OF DETROIT, *et al.*,

    Defendants.
_____/

### **ORDER ON MOTIONS IN LIMINE (ECF Nos. 43, 44 and 45)**

The following three motions are pending before the Court: (1) Motion in Limine by all Defendants (ECF No. 43), (2) Motion in Limine by all Defendants (ECF No. 44), and (3) Motion in Limine by Christopher Black. (ECF No. 45.) The court held a video hearing on the motions on March 22, 2021. For the reasons stated on the record, all three motions are granted, and all the evidence sought to be excluded in all three motions is hereby excluded unless, and until, this court orders to the contrary. As further indicated on the record, the parties may renew their requests to admit the excluded evidence during or before trial.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: March 22, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2021, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764